```
           IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-122-MEF |
| | ) | |
| KENDALL R. WATSON, | ) | |
| CALVIN CHANCE, and | ) | |
| SHANNON S. MURPHY | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Terry F. Moorer as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Todd A. Brown.

Respectfully submitted this the 8th day of May, 2006.

```
                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              s/Terry F. Moorer
                              TERRY F. MOORER
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, AL 36104
                              Phone: (334)223-7280
                              Fax: (334)223-7135
                              E-mail: terry.moorer@usdoj.gov
                              ASB-1176-O73T
```

```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )
        v.                     )      CR. NO. 2:06-CR-122-MEF
                               )
KENDALL R. WATSON,             )
CALVIN CHANCE, and             )
SHANNON S. MURPHY              )
```

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                        Respectfully submitted,

                                        s/Terry F. Moorer
                                        TERRY F. MOORER
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail: terry.moorer@usdoj.gov
                                        ASB-1176-O73T