**COURTROOM DEPUTY MINUTES**            **DATE:** May 8, 2006
**MIDDLE DISTRICT OF ALABAMA**
                                         **DIGITAL RECORDING:** 2:38 - 3:00

- √ **INITIAL APPEARANCE**
- ❐ **DETENTION HEARING**
- ❐ **REMOVAL HEARING (R.40)**
- ❐ **ARRAIGNMENT**
- ❐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❐ **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06cr122-MEF    **DEFT. NAME:** Calvin Chance

**USA:** Tamara Martin    **ATTY:** Tim Halstrom
Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:** Tamara Martin

Defendant ___ does  √ does NOT need an interpreter;  NAME ____

| | | |
|---|---|---|
| √ Kars. | Date of Arrest 5/8/06 or ❐ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ❐Pro/Sup Rel Violator | |
| ❐ Finaff. | Deft currently in USMS custody (Jail), No need for FA; √ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| √ 20appt. | Panel Attorney Appointed - **Tim Halstrom**; ❐ to be appointed - prepare voucher | |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ❐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❐ To be followed by written motion; | |
| √ | Government's **WRITTEN** Motion for Detention Hrg. filed. **DEFENDANT WAIVED HEARING** | |
| ❐ | **DETENTION HRG** ❐ held; ❐ set for ____; ❐ **Prelim. Hrg** ❐ Set for ____ | |
| ❐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ❐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ❐ kocondrls. | Release order entered. ❐ Deft. advised of conditions of release. | |
| ❐ kbnd. | ❐ **BOND EXECUTED** (M/D AL charges) $ ____ Deft released (kloc LR) | |
| | ❐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| √ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ❐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ❐ kwvprl. | Waiver of ❐ Preliminary hearing; ❐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ❐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| √ Karr. | **ARRAIGNMENT** SET FOR: 5/17/06 @ 10:00 a.m. ❐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ❐ **Trial Term** ____;  ❐ **PRETRIAL CONFERENCE DATE:** ____ | |
| | ❐ **DISCOVERY DISCLOSURES DATE:** ____ | |
| ❐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ❐ krmvhrg. | Identity/Removal Hearing set for ____ | |
| ❐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed**. | |