```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06-CR-122-MEF</u> |
| | ) | |
| KENDALL R. WATSON, | ) | |
| CALVIN CHANCE, and | ) | |
| SHANNON S. MURPHY | ) | |

<u>UNITED STATES' MOTION TO WITHDRAW COUNSEL</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to withdraw Assistant United States Attorney Todd A. Brown as counsel of record for the United States of America. Assistant United States Attorney Terry F. Moorer will be representing the United States in the above cause.

Respectfully submitted this the 10th day of May, 2006.

```
                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              s/Todd A. Brown
                              TODD A. BROWN
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, AL 36104
                              Phone: (334)223-7280
                              Fax: (334)223-7135
                              E-mail: todd.brown@usdoj.gov
                              ASB-1901-O64T
```

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-122-MEF |
| | ) | |
| KENDALL R. WATSON, | ) | |
| CALVIN CHANCE, and | ) | |
| SHANNON S. MURPHY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esquire; Timothy Halstron, Esquire; and Dan Hamm, Esquire.

Respectfully submitted,

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T