**COURTROOM DEPUTY MINUTES**   **DATE:** May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:50 - 10:54

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06cr122-MEF   **DEFT. NAME:** Calvin Chance

**USA:** Terry Moorer   **ATTY:** Tim Halstrom
Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:**

Defendant _____ does ___ does NOT need an interpreter; NAME _____

- ☐ Kars.   Date of Arrest _____ or ☐ karsr40
- ☐ kia.   Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
  √ Trial Term 9/11/06 ; √ **PRETRIAL CONFERENCE DATE:** 6/2/06 @ 10:00
  √ **DISCOVERY DISCLOSURES DATE:** 5/17/06
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.