IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr122-MEF |
| | ) | |
| CALVIN CHANCE | ) | |

## ORDER

It is hereby ORDERED that the United States Marshals Service release custody of Calvin Chance to Joe Herman, ABI; and/or John Hurst, Prattville Police Dept.; and/or Scottie Edwards, Montgomery Police Dept., from May 18, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Joe Herman, John Hurst, Scottie Edwards return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 18th day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE