IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-CR-122-MEF |
| | ) | |
| KENDALL WATSON | ) | |
| CALVIN CHANCE | ) | |
| SHANNON S. MURPHY | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 2 June, 2006, before the undersigned Magistrate Judge. Present at this conference were James Robert Cooper, Jr., counsel for defendant Kendall Watson, Banks Thomas Smith, counsel for the defendant Shannon S. Murphy, and Assistant United States Attorney Terry Moorer, counsel for the government. Attorney Timothy Halstrom, counsel for defendant Calvin Chance, was not present. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for 11 September, 2006. The trial of this case is set for the trial term commencing on 11 September, 2006, before United States Chief District Judge Mark E. Fuller and is expected to last two trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before 5 September 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 5 September 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 5 September 2006.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on 30 August 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 11 September 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 11 September 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 12th day of June, 2006..

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

For

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE