| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:35 - 9:36 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr122-MEF   **DEFENDANT(S):** Calvin Chance

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry F. Moorer | * * * * * | Timothy Halstrom |

☐ **DISCOVERY STATUS:**   COMPLETE

☐ **PENDING MOTION STATUS:**
　　　　　　　NONE

☐ **PLEA STATUS:**   Plea Likely

☐ **TRIAL STATUS**
　　　　　　　3 Days for Trial
　　　　　　　9/18/06 Trial Term

☐ **REMARKS:**   Court to issue an Order setting a Change of Plea Hearing for 7/31/06