## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 2:06CR122-MEF |
| | * | |
| CALVIN CHANCE, | * | |
| DEFENDANT | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Calvin Chance, by and through counsel of record, and gives notice

to the Court of his intent to change his plea..

Respectfully submitted this day, July 24, 2006.


/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Calvin Chance

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.


/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021