IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| | ) | |
| CALVIN CHANCE | ) | |

## **ORDER**

The defendant, CALVIN CHANCE, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, CALVIN CHANCE, appear with counsel before the undersigned Magistrate Judge on 31 July 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

Defense Counsel is directed to make sure that the attached Consent Form and any Plea Agreement between the parties have been executed prior to the hearing.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 25th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| | ) | |
| CALVIN CHANCE | ) | |

## **CONSENT**

    I hereby declare my intention to enter a plea of guilty in the above case, and I consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea.  I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

    DATED this    day of            2006


_____
DEFENDANT

_____
COUNSEL