MIDDLE DISTRICT OF ALABAMA            COURT REPORTER:    Jimmy Dickens

❏ARRAIGNMENT        x CHANGE OF PLEA        ❏CONSENT PLEA

❏RULE 44(c) HEARING        ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr122-MEF*    **DEFENDANT NAME:** *Calvin Chance*

**AUSA:** *Clark Morris*    **DEFENDANT ATTY:** *Timothy Charles Halstrom*

**Type Counsel:** ( ) Waived; ( ) Retained; (X) Panel CJA; ( ) CDO

**USPO:**    Jakki Caple

**De fendant** _____ **does** ____x____ **does NOT need and interpreter.**

**Interpreter present?** __x____ **NO** _____ **YES**    **Name:** _____

**CHANGE OF PLEA NOT HELD - COURT TO RESCHEDULING HEARING**

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                    ❏Nol Contendere

        ❏Not Guilty by reason of insanity

        ❏Guilty as to:

            ❏Count(s)_____    of the Felony Indictment.

            ❏Count(s) _____    ❏ dismissed on oral motion of USA;

                ❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNTS**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

                Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

        ❏ summons; for:

    ❏ Trial on _____ ; ❏ Sentencing on _____ ❏_____Bond ❏ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

        ❏ Posting a $_____ Bond;

        ❏ Trial on _____; or ❏ Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.