IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-122-MEF |
| | ) | |
| CALVIN CHANCE | ) | |

**<u>NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Calvin Chance with notice of information of at least one prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 851. The prior conviction is as follows:

1. The defendant, in case number 2:00 CR00147-001, was convicted in March, 2001, in the United States District Court for the Middle District of Alabama, of distribution of methamphetamine, a crime punishable by imprisonment for a term exceeding one year under the laws of the United States.

The enhancement as applied in this case requires the mandatory imposition of 20 (twenty) years imprisonment.

Respectfully submitted this 5th day of September, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Terry F. Moorer
        TERRY F. MOORER    ASB-1176-O73T
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: terry.moorer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-122-MEF |
| ) | |
| CALVIN CHANCE ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Halstrom, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T