COURTROOM DEPUTY MINUTES     DATE: 9/5/06     DIGITAL RECORDING: 9:30 - 9:46

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:     Jimmy Dickens

❏ARRAIGNMENT          xCHANGE OF PLEA          ❏CONSENT PLEA

❏RULE 44(c) HEARING          ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*          **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:06cr122-MEF_          **DEFENDANT NAME:** *Calvin Chance*

**AUSA:** *Terry F. Moorer*          **DEFENDANT ATTY:** _Timothy Charles Halstrom_

Type Counsel:     ( ) Waived; ( ) Retained;   (X ) Panel CJA; ( ) CDO

**USPO:** _Al Lancaster_

**De fendant _____ does _____x_____ does NOT need and interpreter.**

**Interpreter present? __x_____ NO _____ YES     Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❏ Not Guilty                              ❏Nol Contendere

❏Not Guilty by reason of insanity

√❏Guilty as to:

√❏Count(s) _____1_____     of the Felony Indictment.

❏Count(s) _____     ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

√ —     **ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of the Indictment**

√—     Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.     ❏ _____ Trial date or term.

—     **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____     ❏_____Bond     ❏ to be set by Separate Order

√ —     **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  √❏ Sentencing √❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.