# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING      AT MONTGOMERY, AL

DATE COMMENCED: 11-21-06      AT: 9:05 a.m.
DATE COMPLETED: 11-21-06      AT: 9:35 a.m.

UNITED STATES OF AMERICA      §
     §
vs.      §    CR. NO. 2:06CR122-MEF
     §
CALVIN CHANCE      §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry F. Moorer | | Timothy Halstrom |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter      Alfred L. Lancaster, USPO
David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

9:05 a.m. - Court convenes.
Government states the terms of the plea agreement to the Court.
Defense counsel objects to paragraph #41 of the pre-sentence report.
Government states reasons for filing their Motion for Downward Departure pursuant to 5k1.1, (Doc. #117).
Court GRANTS Government's Motion for Downward pursuant to 5k1.1, (Doc. 117).
Court will GRANT IN PART AND DENY IN PART defendant's objection to the pre-sentence report. Court will sentence defendant to 168 months to run consecutively to the federal sentence in case no. 2:00cr147-001.
Court sentences defendant and advises him of his right to an appeal.
Government Motions the Court to Dismiss Count 2 of the Indictment.
Court GRANTS Governments Motion to Dismiss Count 2 of the Indictment.
9:35 a.m. - Court is in recess.