IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-122-MEF |
| ) | |
| CALVIN CHANCE ) | |

## **O R D E R**

This cause is before the Court on the Defendant's Motion to Alter, Amend, or Vacate (Doc. # 131), filed December 7, 2006. Upon consideration of the motion, it is hereby

ORDERED that the government show cause in writing on or before December 29, 2006 as to why the motion should not be granted.

DONE this the 14th day of December, 2006.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE