IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-122-MEF |
| | ) | |
| CALVIN CHANCE | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Alter Judgment (Doc. #131) filed on December 7, 2006 and the government's response thereto, it is hereby

ORDERED that the motion is DENIED.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE