IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-122-MEF |
| | ) | |
| CALVIN CHANCE | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Rule 35(b) Status Conference (Doc. #155) filed on September 3, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. A status conference is set in this case for September 26, 2008 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 9th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE